```
              IN THE UNITED STATES DISTRICT COURT
            FOR THE NORTHERN DISTRICT OF WEST VIRGINIA
```

**UNITED STATES OF AMERICA,**

      **Plaintiff,**

   **v.**                          **CRIMINAL NO. 1:16CR01**
                                                       **(Judge Keeley)**

**GLORIA TYNDLE,**

      **Defendant.**

**ORDER ACCEPTING AND ADOPTING MAGISTRATE JUDGE'S
REPORT AND RECOMMENDATION CONCERNING PLEA OF GUILTY IN
MISDEMEANOR CASE (DKT. NO. 27) AND SCHEDULING SENTENCING HEARING**

On March 17, 2016, the defendant, Gloria Tyndle ("Tyndle"), appeared before United States Magistrate Judge Michael J. Aloi and moved for permission to enter a plea of guilty to Count One of the Indictment. Tyndle stated that she understood that the magistrate judge is not a United States District Judge and consented to pleading before the magistrate judge. This Court had referred the guilty plea to the magistrate judge for the purposes of administering the allocution pursuant to Federal Rule of Criminal Procedure 11, making a finding as to whether the plea was knowingly and voluntarily entered, and recommending to this Court whether the plea should be accepted.

Based upon Tyndle's statements during the plea hearing and the government's proffer, the magistrate judge found that Tyndle was competent to enter a plea, that the plea was freely and voluntarily given, that she was aware of the nature of the charges against her

**ORDER ACCEPTING AND ADOPTING MAGISTRATE JUDGE'S
REPORT AND RECOMMENDATION CONCERNING PLEA OF GUILTY IN
MISDEMEANOR CASE (DKT. NO. 27) AND SCHEDULING SENTENCING HEARING**

and the consequences of her plea, and that a factual basis existed for the tendered plea. On March 18, 2016, the magistrate judge entered an Report and Recommendation Concerning Plea of Guilty in Misdemeanor Case ("R&R") (dkt. no. 27) finding a factual basis for the plea and recommending that this Court accept Tyndle's plea of guilty to Count One of the Indictment.

The magistrate judge also directed the parties to file any written objections to the R&R within fourteen (14) days after service of the R&R. He further advised that failure to file objections would result in a waiver of the right to appeal from a judgment of this Court based on the R&R. The parties did not file any objections.

Accordingly, this Court **ADOPTS** the magistrate judge's R&R, **ACCEPTS** Tyndle's guilty plea, and **ADJUGES** her **GUILTY** of the crime charged in Count One of the Indictment.

Pursuant to Fed. R. Crim. P. 11(e)(2) and U.S.S.G. § 6B1.1(c), the Court **DEFERS** acceptance of the proposed plea agreement until it has received and reviewed the presentence report prepared in this matter.

USA v. TYNDLE                                               1:16CR01

## ORDER ACCEPTING AND ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION CONCERNING PLEA OF GUILTY IN MISDEMEANOR CASE (DKT. NO. 27) AND SCHEDULING SENTENCING HEARING

Pursuant to U.S.S.G. § 6A1 et seq., the Court **ORDERS** as follows:

1. The Probation Officer undertake a presentence investigation of Tyndle and prepare a presentence report for the Court;

2. The Government and Tyndle are to provide their versions of the offense to the probation officer by **April 18, 2016**;

3. The presentence report is to be disclosed to Tyndle, defense counsel, and the United States on or before **June 17, 2016**; however, the Probation Officer is not to disclose the sentencing recommendations made pursuant to Fed. R. Crim. P. 32(e)(3);

4. Counsel may file written objections to the presentence report on or before **July 1, 2016;**

5. The Office of Probation shall submit the presentence report with addendum to the Court on or before **July 18, 2016**; and

6. Counsel may file any written sentencing statements and motions for departure from the Sentencing Guidelines, including the factual basis from the statements or motions, on or before **August 1, 2016.**

**USA v. TYNDLE**                                                    **1:16CR01**

**ORDER ACCEPTING AND ADOPTING MAGISTRATE JUDGE'S
REPORT AND RECOMMENDATION CONCERNING PLEA OF GUILTY IN
MISDEMEANOR CASE (DKT. NO. 27) AND SCHEDULING SENTENCING HEARING**

The magistrate judge remanded Tyndle to the custody of the Bureau of Prisons.

The Court will conduct the sentencing hearing for the defendant on **Tuesday, August 16, 2016**, at **11:00 A.M.**, at the **Clarksburg, West Virginia** point of holding court.

It is so **ORDERED**.

The Clerk is directed to transmit copies of this Order to counsel of record, the defendant, and all appropriate agencies.

DATED: April 4, 2016

                                        /s/ Irene M. Keeley
                                        IRENE M. KEELEY
                                        UNITED STATES DISTRICT JUDGE